# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Billy R. Howie,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                     3:07-cv-6-MU-2

Chief Bobby Hawk, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 22, 2007 Order.

**Signed: February 23, 2007**

Frank G. Johns, Clerk
United States District Court